UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-CR-90-1FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | (Under Seal) |
| RONNIE MORGAN | ) | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Numbers 70 and 71 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

IT IS SO ORDERED, this the 1st day of August, 2016.

LOUISE W. FLANAGAN
United States District Judge