TRULINCS 20126057 - MORGAN, RONNIE - Unit: BUT-F-A

-------------------------------------------------------------------------------------------------------------

FROM: 20126057
TO: BUT/Warden FCI-1
SUBJECT: ***Request to Staff*** MORGAN, RONNIE, Reg# 20126057, BUT-F-A
DATE: 09/18/2021 12:41:32 PM

To: Warden Ramos
Inmate Work Assignment: Kitchen

I wish to file this official electronic request for compassionate release. As you can tell by my medical records I have a high vulnerability of severe illness and death if the Covid-19 virus was to be contracted again.
Please and Thank You