EXHIBIT C

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: MORGAN, RONNIE | | | | Reg #: 20126-057 |
| Date of Birth: 04/30/1959 | Sex: M | Race: AMERICAN | | Facility: BUT |
| Encounter Date: 06/30/2021 09:51 | Provider: Beyer, Sara M.D. | | | Unit: F01 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**   Provider: Beyer, Sara M.D.

Chief Complaint:   Chronic Care Clinic

Subjective:   IM is in Chronic care and his main problems are:
*Endocrine/Lipid - IM is on Atorvastatin 40 mg per day, last lipid panel reviewed with inmate. His total cholesterol was 208, Triglycerides 221, HDL 31, and LDL 131. IM states since his back has been bothering him he has not been exercising like he should. He is doing some walking at varying speeds for exercise. He states he will try to increase his walking since his lipid panel is not at goal. He is on atorvastatin 40 mg per day. We discussed his diet and exercise and made recommendations.
*Ortho - IM has chronic low back pain and states his exercising has helped some, as well as the medications. He is on Naproxen 500 mg twice daily, but is not on acetaminophen. He also has Gout and is on allopurinol 100 mg per day to prevent flares. He also tries to follow a low purine diet. He is due for another Uric acid. He denies any recent hot/erythematous joints.
*General - IM also has problems with chronic constipation and has transient abdominal pain. He was sent to OSH with severe abdominal pain and was diagnosed with severe cramps and spasms. He states the medication for the cramps did not help so he stopped taking it and is no longer on his drug list. He is on Bisacodyl 10 mg twice daily, Dulcorated Sodium 100 mg twice daily, and lactulose 10 gm (15 ml) twice daily, and Senna 8.6 mg twice daily and states this combination has been helping. He denies diarrhea or unrolled stools. He is also trying to exercise and drink more fluids.

Pain:   Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 06/30/2021 09:10 |
| Location: | Back-Lower |
| Quality of Pain: | Aching |
| Pain Scale: | 5 |
| Intervention: | Muscle relaxer |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 2-6 Months |
| Duration: | 2-6 Months |
| Exacerbating Factors: | bending, sitting too long, being in any position too long (other than laying or standing). |
| Relieving Factors: | PT gave him a ball to help work out the sore spots. |
| Reason Not Done: | |
| Comments: | States the muscle relaxer is not really helping much |

**Seen for clinic(s):** Endocrine/Lipid, General

## ROS:

**Breasts**

**General**

No: Lumps, Swelling



# FMC Butner
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** MORGAN, RONNIE | **Facility** FCI Butner Med I | **Collected** 08/05/2020 09:26 |
| **Reg #** 20126-057 | **Order Unit** F01-004L | **Received** 08/05/2020 09:26 |
| **DOB** 04/30/1959 | **Provider** Sara Beyer, M.D. | **Reported** 08/05/2020 14:42 |
| **Sex** M | | **LIS ID** 211201850 |

## CHEMISTRY

| Test | Flag | Result | Reference | Units |
|---|---|---|---|---|
| Sodium | | 144 | 136-145 | mmol/L |
| Potassium | | 4.0 | 3.5-5.1 | mmol/L |
| Chloride | H | 111 | 98-107 | mmol/L |
| CO2 | | 24 | 21-32 | mmol/L |
| BUN | | 9 | 7-26 | mg/dL |
| Creatinine | | 0.83 | 0.60-1.30 | mg/dL |
| eGFR (IDMS) | | >60 | | |

GFR units measured as mL/min/1.73 m^2. if African American, multiply by 1.210. A calculated GFR <60 suggests a chronic kidney disease if found over a 3 month period.

| Test | Flag | Result | Reference | Units |
|---|---|---|---|---|
| Calcium | | 8.8 | 8.4-10.2 | mg/dL |
| Glucose | | 89 | 70-109 | mg/dL |
| AST | | 21 | 5-34 | U/L |
| ALT | | 29 | 8-55 | U/L |
| Alkaline Phosphatase | | 71 | 40-140 | U/L |
| Bilirubin, Total | | 0.4 | 0.2-1.0 | mg/dL |
| Total Protein | L | 5.7 | 6.4-8.3 | g/dL |
| Albumin | L | 3.1 | 3.5-5.0 | g/dL |
| Globulin | | 2.6 | | g/dL |
| Alb/Glob Ratio | | 1.19 | 1.00-2.30 | |
| Anion Gap | | 9.0 | 9.0-19.0 | |
| BUN/Creat Ratio | | 11.0 | 5.0-30.0 | |
| Uric Acid | H | 7.3 | 3.5-7.2 | mg/dL |
| Magnesium | | 2.0 | 1.6-3.0 | mg/dL |
| Iron | | 82 | 65-175 | ug/dL |
| TIBC | L | 204 | 237-450 | ug/dL |
| % Saturation | | 40 | 20-50 | % |
| Cholesterol | | 146 | <200 | mg/dL |
| Triglycerides | | 148 | <150 | mg/dL |
| HDL Cholesterol | L | 27 | 40-60 | mg/dL |
| LDL Cholesterol (calc) | | 89 | <130 | mg/dL |
| Chol/HDL Ratio | H | 5.4 | 0.0-4.0 | |

## SPECIAL CHEMISTRY

| Test | Result | Reference | Units |
|---|---|---|---|
| T4, Free | 0.83 | 0.70-1.80 | ng/dL |
| PSA, Total | 0.66 | 0.00-4.00 | ng/mL |

This testing method is a chemiluminescent microparticle (CMIA) manufactured by Abbott Laboratories and performed on the Architect system. Values obtained with different assay methods or kits may be different and cannot be used interchangeably. Test results cannot be interpreted as absolute evidence for the presence or absence of malignant disease.

**FLAG LEGEND** L=Low L!=Low Critical H=High H!=High Critical A=Abnormal A!=Abnormal Critical

Page 1 of 2



**FMC Butner**
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** MORGAN, RONNIE | **Facility** FCI Butner Med I | **Collected** 12/23/2020 06:15 |
| **Reg #** 20126-057 | **Order Unit** F01-004L | **Received** 12/23/2020 06:15 |
| **DOB** 04/30/1959 | **Provider** Sara Beyer, M.D. | **Reported** 12/23/2020 13:05 |
| **Sex** M | | **LIS ID** 211201852 |

| CHEMISTRY | | | | |
|---|---|---|---|---|
| Sodium | | 141 | 136-145 | mmol/L |
| Potassium | | 4.4 | 3.5-5.1 | mmol/L |
| Chloride | | 107 | 98-107 | mmol/L |
| CO2 | | 24 | 21-32 | mmol/L |
| BUN | | 13 | 7-26 | mg/dL |
| Creatinine | | 0.93 | 0.60-1.30 | mg/dL |
| eGFR (IDMS) | | >60 | | |

GFR units measured as mL/min/1.73 m^2. if African American, multiply by 1.210. A calculated GFR <60 suggests a chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | | 8.8 | 8.4-10.2 | mg/dL |
| Glucose | | 95 | 70-109 | mg/dL |
| AST | | 19 | 5-34 | U/L |
| ALT | | 30 | 8-55 | U/L |
| Alkaline Phosphatase | | 74 | 40-140 | U/L |
| Bilirubin, Total | | 0.9 | 0.2-1.0 | mg/dL |
| Total Protein | | 6.8 | 6.4-8.3 | g/dL |
| Albumin | | 4.0 | 3.5-5.0 | g/dL |
| Globulin | | 2.8 | | g/dL |
| Alb/Glob Ratio | | 1.43 | 1.00-2.30 | |
| Anion Gap | | 10.0 | 9.0-19.0 | |
| BUN/Creat Ratio | | 14.2 | 5.0-30.0 | |
| Cholesterol | H | 248 | <200 | mg/dL |
| Triglycerides | H | 235 | <150 | mg/dL |
| HDL Cholesterol | L | 34 | 40-60 | mg/dL |
| LDL Cholesterol (calc) | H | 168 | <130 | mg/dL |
| Chol/HDL Ratio | H | 7.4 | 0.0-4.0 | |

**FLAG LEGEND**   L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A!=Abnormal Critical

Page 1 of 1

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MORGAN, RONNIE | | Reg #: | 20126-057 |
| Date of Birth: | 04/30/1959 | Sex: M  Race: AMERICAN | Facility: | BUT |
| Note Date: | 07/08/2020 11:07 | Provider: Brinkley, Jan RN | Unit: | F01 |

Admin Note - Community Hospital Report encounter performed at Other.
**Administrative Notes:**

ADMINISTRATIVE NOTE  1        Provider: Brinkley, Jan RN

Presents for evaluation of right sided abdominal pain that has been worsening over the last week. Positive for coronavirus 2 months ago. Abd CT- Suggestive of acute cholecystitis. Presumed secondary inflammation of the hepatic flexure. Bili elevated at 1.3. Blood cxs pending  Empirically cover with Zosyn for presumed intra-abdominal infection and he was given IV fluids  Lactate normal , total bili 1.23 direct 0.25. Scheduled for OR in the AM  PCR- negative today.

**Copay Required:** No            **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Brinkley, Jan RN on 07/09/2020 12:12
Requested to be cosigned by Stock, Andrew M.D..
Cosign documentation will be displayed on the following page.

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MORGAN, RONNIE | | Reg #: | 20126-057 |
| Date of Birth: | 04/30/1959 | Sex: M  Race: AMERICAN | Facility: | BUT |
| Encounter Date: | 07/08/2020 07:55 | Provider: Beyer, Sara M.D. | Unit: | F01 |

Physician - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1    Provider: Beyer, Sara M.D.

Chief Complaint: Abdominal Pain

Subjective: IM presents to sick call. He states he has been having abdominal pain since last Wednesday. He was seen by MLP who felt it was secondary to constipation and gave him some stool softener and suppositories and that is not relieving the pain. He states he feels like he is backed up to the top of his stomach. IM states he has been fighting this for a week. He states he took the pills he was given for constipation and had a little bit of movement, but feels he is still stopped up. He denies any history of problems with gallbladder or liver in the past. IM states he feels really tired, he states he did not sleep last night as the pain kept him awake. Last BM was this AM and was watery and no bleeding, He states he is belching a little bit more but not much. He states he gagged some this AM but no vomiting.

**Pain:** Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 07/08/2020 08:05 |
| Location: | Abdomen-RLQ |
| Quality of Pain: | Aching |
| Pain Scale: | 7 |
| Intervention: | Has been taking stool softeners |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 1-2 Weeks |
| Duration: | 1-2 Weeks |
| Exacerbating Factors: | Eating something, walking |
| Relieving Factors: | Water |
| Reason Not Done: | |
| Comments: | Pain can be sharp at time, states it is also a nagging pain. Pain ranges 4-10. |

**ROS:**

**General**

  **Constitutional Symptoms**

  Yes: Chills, Easily Tired, Fatigue, Insomnia, Night Sweats, Weakness
  No: Fever

**Integumentary**

  **Skin**

  No: Hives, Pruritus, Rashes

**HEENT**

  **Eyes**

  No: Blurred Vision, Changes in Vision

  **Head**

  Yes: Headaches (Frequency: Mainly at night)

**ROS:**

No: Migraine

**Neck**

No: Pain, Stiffness

**Nose**

No: Epistaxis, Nasal Congestion

**Throat**

No: Dysphagia, Tonsillitis

**Sinuses**

No: Pain Over Sinus - Frontal, Pain Over Sinus - Maxillary, Sinus Congestion

**Cardiovascular**

**General**

Yes: Cough

No: Angina, Edema

**Pulmonary**

**Respiratory System**

Yes: Cough - Dry

No: Cough - Productive, DOE

**GI**

**General**

Yes: Abdominal Pain or Colic, Appetite Changes, Appetite Loss, Constipation, Nausea

No: Blood in Stools, Diarrhea, Dyspepsia, Dysphagia, Flatulence, Heartburn, Hx of PUD, Vomiting

**GU**

**General**

No: Dysuria, Hematuria

**Musculoskeletal**

**General**

No: Arthritis, Muscle Aches, Muscular Weakness

**Endocrine**

**General**

Yes: Excessive Sweating

No: Exophthalmos, Hx of Diabetes, Hx of Thyroid Dx, Intolerance to Heat/Cold, Palpitations, Polydipsia

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/08/2020 | 07:30 BUX | 97.7 | 36.5 | | Beyer, Sara M.D. |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/08/2020 | 07:30 BUX | 119 | | | Beyer, Sara M.D. |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/08/2020 | 07:30 BUX | 20 | Beyer, Sara M.D. |

**Blood Pressure:**

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MORGAN, RONNIE | | | Reg #: | 20126-057 |
| Date of Birth: | 04/30/1959 | Sex: M | Race: AMERICAN | Facility: | BUT |
| Note Date: | 04/24/2020 10:22 | Provider: | Beyer, Sara M.D. | Unit: | F08 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

   **ADMINISTRATIVE NOTE  1**       **Provider:** Beyer, Sara M.D.
     IM with positive Covid 19 exposure so swab done 4/23/20

**ASSESSMENTS:**

Suspect/probable COVID-19 case, U07.2 - Current

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-C-COVID-19 Novel Coronavirus | One Time | 04/25/2020 00:00 | Routine |

   **Additional Information:**
      IM with positive Covid 19 exposure so swab done 4/23/20

**Copay Required:** No     **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Beyer, Sara M.D. on 04/24/2020 10:24