20126-057
Ronnie Morgan
PO BOX 1000
Butner, NC 27509
United States



Raleigh NC
P&DC 276
TUE 30 NOV 2021 PM

U.S. DISTRICT COURT
E.D.N.C. ATTN: CLERK
310 New Bern Ave
RALEIGH NC 27601

RECEIVED
DEC 0 2 2021
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, ED

FEDERAL CORRECTIONAL INST. #1
P.O. BOX 1000
BUTNER, NORTH CAROLINA 27509

DATE: 11-30-21

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened or inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosed to the above address.